**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 72.66.107.50, <br><br> Defendant. | CASE NO. 1:14-cv-01476-TSE-IDD |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN**
**WHICH IT HAS TO EFFECTUATE SERVICE ON JOHN DOE DEFENDANT**

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC ("Plaintiff"), moves for entry of an order extending the time within which to effectuate service on John Doe Defendant, and states:

1.  This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their Internet service provider ("ISP").

2.  On November 12, 2014, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, Verizon Online Services, to obtain the Defendant's identifying information [CM/ECF 8]. Plaintiff issued the subpoena on November 13, 2014, and received the ISP's response on January 17, 2015.

3.  Plaintiff is in the process of amending the Complaint. Upon receipt of a Court issued Summons, plaintiff will work expeditiously to serve the Defendant.

1

4.       Pursuant to the Rule 4 (m), Plaintiff is required to effectuate service on Defendant by, March 2, 2015.

5.       Procedurally, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended by thirty (30) days, or until April 2, 2015.

WHEREFORE, Plaintiff respectfully requests that the time within which it has to effectuate service of the summons and Complaint on Defendant be extended until April 2, 2015. A proposed order is attached for the Court's convenience.

Dated: March 3, 2015                                                    Respectfully submitted,

By: /s/ *William E. Tabot, Esq*
William E. Tabot, Esquire #39488
William E. Tabot, Esquire, PC
9248 Mosby Street
Manassas, Virginia 20110
Tel: (709) 530-7075
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:     /s/ *William E. Tabot*