## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

MALIBU MEDIA, LLC,

        Plaintiff,

    v.                                  Civil Action No. 1:14-cv-01476-TSE-IDD

JOHN DOE, subscriber assigned IP address
72.66.107.50,

        Defendant.

---

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned the IP address 72.66.107.50. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: March 20, 2015

                                      Respectfully submitted,

                                      By:    /s/ *William E. Tabot*
                                      William E. Tabot PC
                                      9248 Mosby Street
                                      Manassas, VA 20110-5038
                                        Phone: 703-530-7075
                                        Email: wetabotesq@wetlawfirm.com
                                      *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *William E. Tabot*_____
William E. Tabot