## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

MALIBU MEDIA, LLC,

|                          | |                                          |
|--------------------------|-|------------------------------------------|
| Plaintiff,               | |                                          |
| v.                       | | Civil Action No. 1:14-cv-01476-TSE-IDD   |
| JOHN DOE, subscriber assigned IP address 72.66.107.50, | | |
| Defendant.               | |                                          |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action without prejudice. John Doe was assigned the IP address 72.66.107.50. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: March 20, 2015

So Ordered

/s/ ___ 3/20/15

_____
T. S. Ellis, III
United States District Judge

Respectfully submitted,

By: ___/s/ William E. Tabot_____
William E. Tabot PC
9248 Mosby Street
Manassas, VA 20110-5038
Phone: 703-530-7075
Email: wetabotesq@wetlawfirm.com
*Attorney for Plaintiff*